PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
JULIE A.K. CUMMINGS, HSBN 10635
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
E-Mail: julie.cummings@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| LETICIA ALVARADO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | CIVIL NO. 1:23-cv-00143-ADA-GSA<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT ORDER** |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new decision, and instruct the ALJ to re-evaluate the evidence of record. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated: August 23, 2023   */s/ Jonathan Omar Pena* *
JONATHAN OMAR PENA
Attorney for Plaintiff
*Authorized via e-mail

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:   /s/*Julie A.K. Cummings*
JULIE A.K. CUMMINGS
Special Assistant United States Attorney

Attorneys for Defendant

## **ORDER**

Based on the parties' stipulation, this case is **REMANDED** to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. 405(g).

The Clerk of Court is **DIRECTED** to enter final judgment in favor of Plaintiff, against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated:   **August 23, 2023**            /s/ Gary S. Austin
                                UNITED STATES MAGISTRATE JUDGE